1  KILPATRICK TOWNSEND & STOCKTON LLP
   NANCY L. STAGG (CA State Bar No. 157034)
2  12730 High Bluff Drive
   Suite 400
3  San Diego, CA  92130
   Telephone:(858) 350-6156
4  Facsimile: (858) 350-6111
   Email:  nstagg@kilpatricktownsend.com
5

6  Attorneys for Defendant
   ENERGIZER BRANDS II LLC
7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE SOUTHERN  DISTRICT OF CALIFORNIA**

10

| 11 | IBRAHIM NASSER, and SERIOUS SCENTS, | Civil Action No. 17-cv-00863 (BTM MDD) |
|---|---|---|
| 12 | Plaintiffs, | *A M E N D E D* **DEFENDANT ENERGIZER BRANDS II LLC'S NOTICE OF NO RECEIPT OF OPPOSITION TO MOTION TO DISMISS** |
| 13 | v. | |
| 14 | | Complaint Filed: 4/28/2017 |
| 15 | JULIUS SAMANN LTD DBA-LITTLE TREE DBA-CAR-FRESHNER CORPORATION, and NATURE'S APPEAL MANUFACTURING CORPORATION DBA-STINK GRENADE, and ENERGIZER BRANDS II LLC DBA-AMERICAN COVERS INC. DBA-DRIVEN BY REFRESH YOUR CAR, | Hearing Date: June 23, 2017 Time: 11:00 a.m. Judge: Hon. Barry Ted Moskowitz Courtroom: 15B [PER CHAMBERS, NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT] |
| 21 | Defendants. | |

23  On May 19, 2017, a Notice of Motion and Motion to Dismiss by Defendant
24  Energizer Brands II LLC was filed with this Court and served upon Plaintiffs
25  Ibrahim Nasser and Serious Scents (Dkt. #6).  On May 22, 2017, an Amended
26  Notice if Motion and Motion was filed and served upon Plaintiffs to reflect the
27  reassignment of the case to the Hon. Barry Ted Moskowitz (Dkt. #9).
28  / / /

1  Plaintiffs' Opposition to said Motion was due on June 9, 2017.  As of June
2  14, 2017, no Opposition has been filed with the Court or received by Defendant
3  Energizer Brands II LLC.
4  Dated: June 14, 2017

By: /s/ *Nancy L. Stagg*_____
Nancy L. Stagg
*Attorneys for Defendant*
*ENERGIZER BRANDS II LLC*

# PROOF OF SERVICE

I hereby certify and declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause. My business address is 12730 High Bluff Drive, Suite 400, San Diego, California 92130.

2. I am familiar with my company's mail collection and processing practices, know that said mail is collected and deposited with the appropriate overnight delivery service or with the United States Postal Service on the same day it is deposited in interoffice mail, and know that postage thereon is fully prepaid.

3. Following said practice, on June 14, 2017 I served by United States mail, a true copy of the attached document titled exactly **DEFENDANT ENERGIZER BRANDS II LLC'S NOTICE OF NO RECEIPT OF OPPOSITION TO MOTION TO DISMISS** by mailing first class via U. S. Mail in an addressed, postage prepaid, sealed envelope to the undersigned parties:

| | |
|---|---|
| Ibrahim Nasser<br>P.O. Box 5626<br>Chula Vista, CA  91912 | Plaintiff Ibrahim Nasser<br>Pro Se |
| Serious Scents<br>P. O. Box 5626<br>Chula Vista, CA  91912 | Plaintiff Serious Scents<br>Pro Se |

EXECUTED this 14th day of June, 2017, at San Diego, California.

_____
Sherry P. Schacht

12999701V.1

*AMENDED* DEFENDANT ENERGIZER BRANDS II LLC'S NOTICE OF
NO RECEIPT OF OPPOSITION TO MOTION TO DISMISS
Case No. 17CV0863 BTM MDD

3