PROOF OF SERVICE

I hereby certify and declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause. My business address is 12730 High Bluff Drive, Suite 400, San Diego, California 92130.

2. I am familiar with my company's mail collection and processing practices, know that said mail is collected and deposited with the appropriate overnight delivery service or with the United States Postal Service on the same day it is deposited in interoffice mail, and know that postage thereon is fully prepaid.

3. Following said practice, on June 14, 2017 I served by United States mail, a true copy of the attached document titled exactly **DEFENDANT ENERGIZER BRANDS II LLC'S AMENDED NOTICE OF NO RECEIPT OF OPPOSITION TO MOTION TO DISMISS** by mailing first class via U. S. Mail in an addressed, postage prepaid, sealed envelope to the undersigned parties:

Ibrahim Nasser　　　　　　　　　　Plaintiff Ibrahim Nasser
P.O. Box 5626　　　　　　　　　　　Pro Se
Chula Vista, CA  91912

Serious Scents　　　　　　　　　　 Plaintiff Serious Scents
P. O. Box 5626　　　　　　　　　　 Pro Se
Chula Vista, CA  91912

EXECUTED this 14th day of June, 2017, at San Diego, California.

_Sherry P. Schacht_
Sherry P. Schacht

12999701V.1

*AMENDED* DEFENDANT ENERGIZER BRANDS II LLC'S NOTICE OF NO RECEIPT OF OPPOSITION TO MOTION TO DISMISS
Case No. 17CV0863 BTM MDD

3