# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE   Hon. Barry T. Moskowitz

| FROM: M. Lozano , Deputy Clerk | RECEIVED DATE: June 19, 2017 |
|---|---|
| CASE NO.  17cv0863-BTM-MDD | DOC FILED BY:  Ibrahim Nasser |
| CASE TITLE:  Nasser et al v. Julius Samann LTD et al | |
| DOCUMENT ENTITLED:  Response to Defendant Amended Motion to Dismiss | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 7.1 or 47.1 - Date noticed for hearing not in compliance with rules / Documents are not timely;

Date Forwarded:   **June 19, 2017**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:   June 20, 2017          CHAMBERS OF:  The Honorable Barry T. Moskowitz

cc: All Parties          By: _Barry Ted Moskowitz_