UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM NASSER; SERIOUS SCENTS,<br><br>       Plaintiffs,<br><br>v.<br><br>JULIUS SAMMANN LTD. DBA LITTLE TREE DBA CAR FRESHNER CORPORATION, et al.,<br><br>       Defendants. | Case No.:  17-cv-00863-BTM-MDD<br><br>**ORDER STRIKING PLAINTIFFS' PROPOSED SECOND AMENDED COMPLAINT AND GRANTING LEAVE TO AMEND** |

  On August 15, 2017, the Court granted Defendants' motion to dismiss Plaintiffs' complaint for failure to state a claim. (ECF No. 28). The Court explained that Plaintiffs' complaint was "confusing, unfocused, argumentative, and scattered with irrelevant material, including unnecessary aspersions on Defendants' attorneys." In addition, "although the cover page list[ed] a number of claims that Plaintiffs intend[ed] to assert, the body of the complaint [did] not state each claim individually, and it lack[ed] simple, concise and direct statements setting forth the alleged wrongdoing of each defendant in support of any of the intended claims."

The Court also found that Plaintiffs "impermissibly group[ed] all the defendants together" and was "unclear" on which claims were being asserted on behalf of each of the plaintiffs. Finally, the Court found that Plaintiffs' complaint "fail[ed] to show, through well-pleaded factual allegations, how the elements of the laws underlying their claims were violated by defendants."

The Court granted Plaintiffs' leave to file an amended complaint, reminding Plaintiffs that even though they were proceeding pro se, they "need[ed] to familiarize themselves with and make a concerted effort to comply with the Local Rules of this District as well as this Court's Civil Chambers Rules."

On August 15, 2017, Plaintiffs' attempted to file several amended complaints that violated Local Rule of Civil Procedure 15.1. (ECF Nos. 37, 39). Most recently, Plaintiffs attempted to file a Second Amended Complaint on September 7, 2017. According to Rule 15.1, an amended pleading "must be complete in itself without reference to the superceded pleading." In addition, "any amended pleading filed after the granting of a motion to dismiss . . . must be accompanied by a version of that pleading that shows---through redlining, underlining, strikeouts, or other similarly effective typographic methods---how that pleading differs from the previously dismissed pleading."

The Court hereby strikes Plaintiffs' proposed Second Amended Complaint and grants Plaintiffs leave to file a conforming complaint within 14 days of entry of this order.

IT IS SO ORDERED.

Dated: September 20, 2017

_____
Barry Ted Moskowitz, Chief Judge
United States District Court