SCOTT R. COMMERSON (State Bar No. 227460)
  scottcommerson@dwt.com
HOWARD LORING ROSE (State Bar No. 251727)
  loringrose@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California  90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
CAR-FRESHNER CORPORATION
(erroneously sued as "CAR FRESHNER CO.")

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM NASSER d/b/a SERIOUS SCENTS (collectively and professionally known as "LITTLE GRENADE").<br><br>Plaintiff,<br><br>vs.<br><br>JULIUS SAMANN, LTD; CAR FRESHNER CO.; and ENERGIZER BRANDS II LLC; AMERICAN COVERS INC. (collectively, "Defendants"),<br>alleges as follows:<br><br>Defendants,<br><br>Does 1-100 | Case No. 3:17-CV-00863 BTM (MDD)<br><br>[Hon. Barry Ted Moskowitz]<br><br>**NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P. 8(a); 12(b)(6)]<br><br>Hearing Date:      February 9, 2018<br>Hearing Time:      11:00 a.m.<br>Courtroom:           15B<br><br>**PER CHAMBERS, NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Action Filed:  April 28, 2017<br>Trial Date:  None Set |

**TO THE HONORABLE COURT, AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that on December 13, 2017, Defendant CAR-FRESHNER CORPORATION (erroneously sued as "CAR FRESHNER CO.") ("CFC") filed a Notice of Motion and Motion to Dismiss Plaintiffs' Third Amended Complaint (the "Motion"), which is set for hearing on February 9, 2018, in Courtroom 15B. (*See* Dkt. 58.)  Plaintiffs' Opposition to the Motion was due on or before Friday, January 26, 2018.  *See* Civ. L.R. 7.1.e.2 (opposition to motion must be filed "not later than fourteen (14) *calendar* days prior to the noticed hearing") (italics in original).

To date, no opposition has been filed or served on CFC. (*See generally* Docket.)  Plaintiffs' failure to oppose the motion may be deemed consent to the granting of the motion.  *See* Civ. L.R. 7.1.f.3.c ("If an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the court."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (affirming dismissal of action where *pro per* plaintiff failed to oppose motion to dismiss; "[a]lthough we construe pleadings liberally in their favor, *pro se* litigants are bound by the rules of procedure").  As a result and for good cause shown, the Court should grant CFC's Motion and dismiss, with prejudice, Plaintiffs' Third Amended Complaint.

DATED: February 1, 2018

DAVIS WRIGHT TREMAINE LLP
SCOTT R. COMMERSON
HOWARD LORING ROSE


By:      /s/ *Scott R. Commerson*
                Scott R. Commerson

Attorneys for Defendant
CAR-FRESHNER CORPORATION
(erroneously sued as "CAR FRESHNER CO.")

NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS
4823-2794-7867v.1 0097958-000006

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## CERTIFICATE OF SERVICE

I certify that on February 1, 2018, **NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS THIRD AMENDED COMPLAINT** was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the CM/ECF participant(s) noted below.

KILPATRICK TOWNSEND & STOCKTON LLP
NANCY L. STAGG (CA State Bar No. 157034)
12730 High Bluff Drive
Suite 400
San Diego, CA 92130
Telephone:(858) 350-6156
Facsimile: (858) 350-6111

Email: nstagg@kilpatricktownsend.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:    /s/*Scott R. Commerson*
        Scott R. Commerson

2
NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS
4823-2794-7867v.1 0097958-000006

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On February 1, 2018, I served the foregoing document(s) described as: **NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS THIRD AMENDED COMPLAINT** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Plaintiff Ibrahim Nasser          Plaintiff Serious Scents
Pro Se                            Pro Se
Ibrahim Nasser                    Serious Scents
P.O. Box 5626                     P. O. Box 5626
Chula Vista, CA 91912             Chula Vista, CA 91912

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on February 1, 2018, at Los Angeles, California.

☑   Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____          _____
Yvette M. Merino                                        Signature
Print Name

NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS
4823-2794-7867v.1 0097958-000006

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899