KILPATRICK TOWNSEND & STOCKTON LLP
NANCY L. STAGG (CA State Bar No. 157034)
nstagg@kilpatricktownsend.com
12730 High Bluff Drive, Suite 400
San Diego, CA  92130
Telephone:  (858) 350-6156
Facsimile:   (858) 350-6111

WILLIAM M. BRYNER (*pro hac vice* application forthcoming)
bbryner@kilpatricktownsend.com
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone:  (336) 607-7482
Facsimile:   (336) 734-2656

Attorneys for Defendant
ENERGIZER BRANDS II LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM NASSER, and SERIOUS SCENTS,<br><br>              Plaintiffs,<br><br>         v.<br><br>JULIUS SAMANN LTD DBA-LITTLE TREE DBA-CAR-FRESHNER CORPORATION, and NATURE'S APPEAL MANUFACTURING CORPORATION DBA-STINK GRENADE, and ENERGIZER BRANDS II LLC DBA-AMERICAN COVERS INC. DBA-DRIVEN BY REFRESH YOUR CAR,<br><br>              Defendants. | Civil Action No. 17-cv-00863 (BTM MDD)<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANT ENERGIZER BRANDS II LLC'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Hearing Date:   February 9, 2018<br>Hearing Time:  11:00 a.m.<br>Courtroom:        15B<br><br>Judge:  Chief Judge Barry Ted Moskowitz<br><br>Complaint Filed: 4/28/2017<br><br>PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

**TO THIS HONORABLE COURT AND TO PLAINTIFFS:**

**PLEASE TAKE NOTICE** that on December 13, 2017, Defendant Energizer Brands II LLC ("Energizer") filed a Notice of Motion and Motion to Dismiss Plaintiffs' Amended Complaint (the "Motion"), which is set for hearing on February



- 1 -

DEFENDANT ENERGIZER BRANDS II LLC NOTICE OF NON-OPPOSITION
TO MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT
CASE NO. 17CV-0863 BTM MDD

9, 2018, in Courtroom 15B.  (*See* Dkt. 59.)  Plaintiffs' Opposition to the Motion was due on or before January 26, 2018.  *See* Civ. L.R. 7.1.e.2 (opposition to motion must be filed "not later than fourteen (14) *calendar* days prior to the noticed hearing") (italics in original).

To date, no opposition has been filed or served on Energizer.  (*See generally* Docket.)  Plaintiffs' failure to oppose the motion may be deemed consent to the granting of the motion.  *See* Civ. L.R. 7.1.f.3.c ("If an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the court."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (affirming dismissal of action where *pro per* plaintiff failed to oppose motion to dismiss; "[a]lthough we construe pleadings liberally in favor, *pro se* litigants are bound by the rules of procedure").  As a result and for good cause shown, the court should grant Energizer's Motion and dismiss, with prejudice, Plaintiffs' Amended Complaint filed November 29, 2017.

DATED: February 1, 2018        Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By:/s/ *Nancy L. Stagg*
    NANCY L. STAGG

Attorneys for Defendant
ENERGIZER BRANDS II LLC



- 2 -

DEFENDANT ENERGIZER BRANDS II LLC NOTICE OF NON-OPPOSITION
TO MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT
CASE NO. 17CV-0863 BTM MDD

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served February 1, 2018, with a copy of **DEFENDANT ENERGIZER BRANDS II LLC'S NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** via the Court's CM/ECF system per Local Rule 5.2.  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Nancy L. Stagg*
Nancy L. Stagg



- 3 -

DEFENDANT ENERGIZER BRANDS II LLC NOTICE OF NON-OPPOSITION
TO MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT
CASE NO. 17CV-0863 BTM MDD

## PROOF OF SERVICE

I hereby certify and declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause. My business address is 12730 High Bluff Drive, Suite 400, San Diego, California 92130.

2. I am familiar with my company's mail collection and processing practices, know that said mail is collected and deposited with the appropriate overnight delivery service or with the United States Postal Service on the same day it is deposited in interoffice mail, and know that postage thereon is fully prepaid.

3. Following said practice, on February 1, 2018, I served by United States mail, a true copy of the attached document titled exactly: **DEFENDANT ENERGIZER BRANDS II LLC'S NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** by mailing first class via U. S. Mail in an addressed, postage prepaid, sealed envelope to the undersigned parties:

Ibrahim Nasser  
P.O. Box 5626  
Chula Vista, CA 91912  

Plaintiff Ibrahim Nasser  
Pro Se

Serious Scents, Inc.  
P. O. Box 5626  
Chula Vista, CA 91912  

Plaintiff Serious Scents, Inc.  
Pro Se

EXECUTED this 1st day of February, 2018, at San Diego, California.

*Margaret R. Chapman* (signature)  
Margaret R. Chapman



- 4 -

DEFENDANT ENERGIZER BRANDS II LLC NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT
CASE NO. 17CV-0863 BTM MDD