# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Barry Ted Moskowitz

| FROM: T. Ferris, Deputy Clerk | RECEIVED DATE: February 6, 2018 |
|---|---|
| CASE NO. 17-cv-00863-BTM-MDD | DOC FILED BY: Ibrahim Nasser |
| CASE TITLE: Nasser et al v. Julius Samann LTD et al | |
| DOCUMENT ENTITLED: Response to Motion | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

Civ.L. Rule 5.2 - Missing proof of service.

Date Forwarded:   February 6, 2018

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  February 23, 2018          CHAMBERS OF:  The Honorable Barry Ted Moskowitz

cc: All Parties          By: _/s/ Barry Ted Moskowitz_