UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM NASSER; SERIOUS SCENTS,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>JULIUS SAMMANN LTD. DBA LITTLE TREE DBA CAR FRESHNER CORPORATION, et al.,<br><br>　　　　　　　　Defendants. | Case No.:  17-cv-00863-BTM-MDD<br><br>**ORDER** |

　　　Defendants shall respond to Plaintiffs' opposition to their motions to dismiss (ECF No. 68) by March 9, 2018. The hearing date for Defendants' motions to dismiss (ECF No. 58, 59) is reset to March 9, 2018 at 11:00 a.m. Unless otherwise directed by the Court, the Court shall decide on the motions without oral argument and no personal appearances are necessary.

　　　IT IS SO ORDERED.

Dated:  February 27, 2018

　　　　　　　　　　　　　　　　　　　　　*Barry Ted Moskowitz*
　　　　　　　　　　　　　　　　　　　　Barry Ted Moskowitz, Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court