UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



RECEIVED
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
MAR 01 2018



U.S. POSTAGE >> PITNEY BOWES

ZIP 91950 $ 000.47⁰
02 4W
0000343405 FEB 23 2018

Ibrahim Nasser
P.O. Box 5626
Chula Vista CA 91912

NIXIE        910  DC  1         0002/27/18
              RETURN TO SENDER
                   VACANT
              UNABLE TO FORWARD

VAC    BC: 92101380620    *0404-01922-23-44