KILPATRICK TOWNSEND & STOCKTON LLP
NANCY L. STAGG (CA State Bar No. 157034)
nstagg@kilpatricktownsend.com
12730 High Bluff Drive, Suite 400
San Diego, CA  92130
Telephone:(858) 350-6156
Facsimile: (858) 350-6111

WILLIAM M. BRYNER (*pro hac vice* application forthcoming)
bbryner@kilpatricktownsend.com
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: 336 607 7482
Facsimile: 336 734 2656

Attorneys for Defendant
ENERGIZER BRANDS II LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM NASSER, and SERIOUS SCENTS,<br><br>Plaintiffs,<br><br>v.<br><br>JULIUS SAMANN LTD DBA-LITTLE TREE DBA-CAR-FRESHNER CORPORATION, and NATURE'S APPEAL MANUFACTURING CORPORATION DBA-STINK GRENADE, and ENERGIZER BRANDS II LLC DBA-AMERICAN COVERS INC. DBA-DRIVEN BY REFRESH YOUR CAR,<br><br>Defendants. | Case No. 17-CV-00863 (BTM MDD)<br><br>**NOTICE OF RELATED CASE [L.R. 40.1(f)]**<br><br>Judge:  Chief Judge Barry Ted Moskowitz<br><br>Complaint Filed: 4/28/2017 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with Local Rule 40.1(f), Plaintiff Energizer Brands II LLC files this Notice of Related Case:

The following case was filed on March 10, 2017, in the Eastern District of Missouri, and transferred to the Southern District of California on April 2, 2018.



1  This case involves some of the same parties, claims and property and involves
2  substantially similar facts and questions of law.  Assignment of a single District
3  Judge is likely to effect a saving of judicial effort.
4      *Energizer Brands II LLC v. Serious Scents and Ibrahim Nasser*, Case No. 18-
5  CV-00656-CAB-MDD.

7  DATED: April 6, 2018        Respectfully submitted,

8                                      KILPATRICK TOWNSEND & STOCKTON LLP

11                                      By:*/s/ Nancy L. Stagg*
                                        NANCY L. STAGG

12                                  Attorneys for Defendant
                                ENERGIZER BRANDS II LLC



# **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served April 6, 2018, with a copy of **NOTICE OF RELATED CASE** via the Court's CM/ECF system per Local Rule 5.2.  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Nancy L. Stagg*
Nancy L. Stagg



## PROOF OF SERVICE

I hereby certify and declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause. My business address is 12730 High Bluff Drive, Suite 400, San Diego, California 92130.

2. I am familiar with my company's mail collection and processing practices, know that said mail is collected and deposited with the appropriate overnight delivery service or with the United States Postal Service on the same day it is deposited in interoffice mail, and know that postage thereon is fully prepaid.

3. Following said practice, on April 6, 2018, I served by United States mail, a true copy of the attached document titled exactly:

**NOTICE OF RELATED CASE**

by mailing first class via U. S. Mail in an addressed, postage prepaid, sealed envelope to the undersigned parties:

| | |
|---|---|
| Ibrahim Nasser<br>P.O. Box 5626<br>Chula Vista, CA 91912 | Plaintiff Ibrahim Nasser<br>Pro Se |
| Serious Scents, Inc.<br>P. O. Box 5626<br>Chula Vista, CA 91912 | Plaintiff Serious Scents, Inc.<br>Pro Se |

EXECUTED this 6th day of April, 2018, at San Diego, California.

Margaret R. Chapman

