SCOTT R. COMMERSON (State Bar No. 227460)
  scottcommerson@dwt.com
HOWARD LORING ROSE (State Bar No. 251727)
  loringrose@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
CAR-FRESHNER CORPORATION
(erroneously sued as "Julius Samann Ltd.
dba Little Tree dba Car-Freshner Corporation")

# IN THE U.S. DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM NASSER and SERIOUS SCENTS,<br><br>Plaintiff,<br><br>vs.<br><br>JULIUS SAMANN LTD. DBA-LITTLE TREE DBA-CAR-FRESHNER CORPORATION) and NATURE'S APPEAL MANUFACTURING CORPORATION DBA-STINK GRENADE) and ENERGIZER BRANDS II, LLC DBA-AMERICAN COVERS INC. DBA-DRIVEN BY REFRESH YOUR CAR),<br><br>Defendants. | Case No. 3:17-CV-00863 BTM (MDD)<br><br>**NOTICE OF DEFENDANT CFC'S OBJECTION TO PLAINTIFFS' IMPROPER PRESENTATION OF SUPPLEMENTAL PLEADINGS OR SUR-REPLY BRIEFS**<br><br>[Assigned to the Hon. Barry Moskowitz]<br>Courtroom: 15B<br><br>Action Filed: April 28, 2017 |

**TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:**

Defendant CAR-FRESHNER CORPORATION ("CFC") hereby objects to Plaintiffs' procedurally improper and untimely "supplemental" pleadings and/or sur-reply briefs.

On June 1, 2018, Plaintiffs served counsel for CFC with a document styled "Supplemental Pleading: 1. Request for the Extinguishment of the Defendant Trademark Little Tree; 2. Little Tree Air Freshner Is Produced By: Car Freshner Co. DBA Julius Sämann Ltd.; 3. Little Tree Trademark As It is a Public Domain." Per the caption page, the pleading purports to raise two new issues or claims: "Has Little Tree Air Fresheners Trademark Become Public Domain?" and "Does Little Tree have the continuing right to Trademark Right Protection?" The document is stamped "received" by the Court as of May 30, 2018, but has not been filed on Pacer. Because the Supplemental Pleading is procedurally improper and untimely, it should not be considered by the Court at all.

In December 2017, Defendant CFC filed a Motion to Dismiss Plaintiffs' Third Amended Complaint (Dkt. 58, 59), which was fully briefed and deemed submitted as of March 13, 2018. (Dkt. 75.) In the months following the close of briefing, Plaintiffs has presented a series of "supplemental" pleadings or sur-replies which have been served on CFC's counsel but not filed on Pacer. The Federal Rules permit a plaintiff to amend its pleading only once as a matter of course, and "[i]n all other cases . . . only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(1). Here, Plaintiffs are on their *fourth* pleading, as the Court has already granted leave to amend on multiple occasions. (Dkt. 28, 40, 50.) Plaintiffs missed the deadline to oppose CFC's motion to dismiss (Dkt. 64), but ultimately filed a responsive pleading that was accepted by the Court. (Dkt. 70.) Briefing has been completed for months. Further amendment of the pleadings requires leave of Court, which has not been granted.

NOTICE OF OBJECTION TO PLAINTIFFS' IMPROPER SUPP PLEADING OR SUR-REPLY
4851-7433-7127v.1 0097958-000006

1   Even if Plaintiffs' untimely submissions are construed as sur-replies rather than amended pleadings, their attempt to raise new arguments or issues is improper. Plaintiffs had ample opportunity to raise their arguments in their Opposition to CFC's Motion, but failed to.  "Parties should not raise new issues for the first time in their reply briefs." *Pac. Rollforming, LLC v. Trakloc N. Am., LLC*, 2010 U.S. Dist. LEXIS 60756 (S.D. Cal. June 17, 2010).  *See also Ass'n of Irritated Residents v. C & R Vanderham Dairy*, 435 F. Supp. 2d 1078, 1089 (E.D. Cal. 2006) ("It is inappropriate to consider arguments raised for the first time in a reply brief."); *Cedano-Viera v. Ashcroft*, 324 F.3d 1062, 1066 n.5 (9th Cir. 2003) ("[W]e decline to consider new issues raised for the first time in a reply brief."); *Bazuaye v. INS*, 79 F.3d 118, 120 (9th Cir. 1996) ("Issues raised for the first time in the reply brief are waived."); *United States ex rel. Giles v. Sardie*, 191 F. Supp. 2d 1117, 1127 (C.D. Cal. 2000) ("It is improper for a moving party to introduce new facts or different legal arguments in the reply brief than those presented in the moving papers.").

Because Plaintiffs' supplemental pleadings and/or sur-reply briefs violate the Federal Rules of Civil Procedure and the Court's Local Rules,[1] they should be disregarded altogether.  To the extent the Court considers any of these submissions in ruling on CFC's Motion, however, CFC requests an opportunity to respond.

DATED: June 6, 2018

DAVIS WRIGHT TREMAINE LLP
SCOTT R. COMMERSON
HOWARD LORING ROSE

By: *s/Scott R. Commerson*
    Scott R. Commerson
Attorneys for Defendant
CAR-FRESHNER CORPORATION
(erroneously sued as "Julius Samann Ltd. dba Little Tree dba Car-Freshner Corporation")

---

[1] *See* Judge Moskowitz's Civil Chambers Rules, https://www.casd.uscourts.gov/Rules/Lists/Rules/Attachments/12/Moskowitz%20Civil%20Chambers%20Rules.pdf ("Responses to objections contained in a reply brief may be made in a sur-reply brief that does not exceed five pages. The scope of such a sur-reply is limited to responses to objections; *any additional argument will be disregarded.*") (Emphasis added.)

# CERTIFICATE OF SERVICE

I certify that on June 6, 2018, the **NOTICE OF DEFENDANT CFC'S OBJECTION TO PLAINTIFFS' IMPROPER PRESENTATION OF SUPPLEMENTAL PLEADINGS OR SUR-REPLY BRIEFS** was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the CM/ECF participant(s) noted below.

KILPATRICK TOWNSEND & STOCKTON LLP
NANCY L. STAGG (CA State Bar No. 157034)
12730 High Bluff Drive, Suite 400
San Diego, CA 92130
Telephone:(858) 350-6156
Facsimile: (858) 350-6111
Email: nstagg@kilpatricktownsend.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*By: /s/Scott R. Commerson*
Scott R. Commerson

<u>PROOF OF SERVICE BY MAIL</u>

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On June 6, 2018, I served the foregoing document(s) described as: **NOTICE OF DEFENDANT CFC'S OBJECTION TO PLAINTIFFS' IMPROPER PRESENTATION OF SUPPLEMENTAL PLEADINGS OR SUR-REPLY BRIEFS** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Plaintiff Ibrahim Nasser
Pro Se
Ibrahim Nasser
P.O. Box 5626
Chula Vista, CA 91912

Plaintiff Serious Scents
Pro Se
Serious Scents
P. O. Box 5626
Chula Vista, CA 91912

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on June 6, 2018, at Los Angeles, California.

☑ Federal     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Avis Jackson
Print Name

Signature