PROOF OF SERVICE BY MAIL

Case No.: 3-17-CV-0863 BTM (MDD)

I ROBY LISTER Did Personally Serve the Following **Amended Complaint Damages and Declaratory and Injunctive Relief** And Summons

Dated April 16, 2019 on the below name defendant's attorney of record via US MAIL. I am not a party to this cause of action. I am over the age of 18 years and reside in Chula Vista CA.

**Served Via US Mail The Following:**

Energizer Brands II LLC.
Kilpatrick Townsend & Stockton LLP
Alicia Grahn Jones
1001 West Fourth Street
Winston-Salem, NC 27101

Energizer Brands II LLC.
C T Corporation System
120 South Central Ave. Suite 400
Clayton, Mo 63015

Energizer Brands II LLC.
533 Maryville University Dr
ST. Louis, Mo 63141

Julius Sämann Ltd.
Cowan, Liebowitz & Latman, P.C.
Eric J. Shimanoff
114 West 47th Street
New York, NY 10036

Julius Sämann Ltd.
Ronald F. Sämann
Chaneery Hall
52 Reid Street
Hamilton, HM12 Bermuda

Julius Sämann Ltd.
Nicholas J. Hoskins
31 Victoria Street
Hamilton, HM10 Bermuda

Julius Sämann Ltd.
Ronald F. Sämann
#8 Panorama, 34 Astwood
Paget DV04 Bermuda



FILED
APR 17 2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

Case No.: 3-17-CV-0863 BTM (MDD)

Car-Freshner Co.
Cowan, Liebowitz & Latman, P.C.
Eric J. Shimanoff
114 West 47th Street
New York, NY 10036

Car-Freshner Co.
Chief Executive Officer
Elizabeth K. Tracy
21205 Little Tree Drive
Watertown, NY 13601-0719

Car-Freshner Co.
The Corporation Trust Company
1209 N. Orange Street
Wilmington, DE 19801

I Roby Lister personally placed such envelope(s) with postage by Us Mail first class mailed to the above attorney's offices and I did cause all other defendants to be served via US. Mail with the response of the Plaintiff as defined herein. I swear and affirm that the foregoing is true and correct under the laws of the United States of America.

On April 16, 2019

*[signature: Roby Lister]*

ROBY LISTER
356 Roosevelt St.
Chula Vista, CA 91910
619-253-9624