SCOTT R. COMMERSON (State Bar No. 227460)
 scottcommerson@dwt.com
NICOLE S. PHILLIS (State Bar No. 291266)
 nicolephillis@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
CAR-FRESHNER CORPORATION
(erroneously sued as "CAR FRESHNER CO.")

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM NASSER d/b/a SERIOUS SCENTS (collectively and professionally known as "LITTLE GRENADE"). <br><br> Plaintiff, <br><br> vs. <br><br> JULIUS SÄMANN, LTD; CAR FRESHNER CO.; ENERGIZER BRANDS II LLC; AMERICAN COVERS INC.; and CALIFORNIA SCENTS CORPORATION <br><br> Defendants, <br><br> Does 1-100 | Case No. 3:17-CV-00863 BTM (MDD) <br><br> [Hon. Barry Ted Moskowitz] <br><br> **NOTICE OF APPEARANCE OF NICOLE S. PHILLIS ON BEHALF OF DEFENDANT CAR-FRESHNER CORPORATION** <br><br> [Fed. R. Civ. P. 12(b)(6)] <br> ] <br><br> Action Filed: April 28, 2017 <br> Trial Date: None Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Nicole S. Phillis hereby appears on behalf of Defendant CAR-FRESHNER CORPORATION in the above-entitled action and requests that all further papers and pleadings, except original process, be served upon the undersigned attorneys at the above-stated address.

DATED: April 30, 2019

DAVIS WRIGHT TREMAINE LLP
SCOTT R. COMMERSON
NICOLE S. PHILLIS

By: /s/ *Nicole S. Phillis*
      Nicole S. Phillis

Attorneys for Defendant
CAR-FRESHNER CORPORATION
(erroneously sued as "CAR FRESHNER CO.")

1

NOTICE OF APPEARANCE OF NICOLE S. PHILLIS
4815-6309-1861v.1 0097958-000006

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# CERTIFICATE OF SERVICE

I certify that on April 30, 2019, **DEFENDANT CAR-FRESHNER CORPORATION'S NOTICE OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the CM/ECF participant(s) noted below.

KILPATRICK TOWNSEND & STOCKTON LLP
NANCY L. STAGG (CA State Bar No. 157034)
12730 High Bluff Drive
Suite 400
San Diego, CA 92130
Telephone:(858) 350-6156
Facsimile: (858) 350-6111
Email: nstagg@kilpatricktownsend.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:    /s/ *Nicole S. Phillis*
       Nicole S. Phillis

2
NOTICE OF APPEARANCE OF NICOLE S. PHILLIS
4815-6309-1861v.1 0097958-000006

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On April 30, 2019, I served the foregoing document(s) described as: **DEFENDANT CAR-FRESHNER CORPORATION'S NOTICE OF APPEARANCE** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| Plaintiff Ibrahim Nasser | Plaintiff Serious Scents |
| Pro Se | Pro Se |
| Ibrahim Nasser | Serious Scents |
| P.O. Box 5626 | P. O. Box 5626 |
| Chula Vista, CA 91912 | Chula Vista, CA 91912 |

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on April 30, 2019, at Los Angeles, California.

☑     Federal     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____Lina Pearmain_____     _____
Print Name     Signature

3

NOTICE OF APPEARANCE OF NICOLE S. PHILLIS
4815-6309-1861v.1 0097958-000006

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899