SCOTT R. COMMERSON (State Bar No. 227460)
  scottcommerson@dwt.com
NICOLE S. PHILLIS (State Bar No. 291266)
  nicolephillis@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Specially Appearing for Putative Defendant
JULIUS SÄMANN LTD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM NASSER d/b/a SERIOUS SCENTS (collectively and professionally known as "LITTLE GRENADE"). <br><br> Plaintiff, <br><br> vs. <br><br> JULIUS SAMANN, LTD; CAR FRESHNER CO.; ENERGIZER BRANDS II LLC; AMERICAN COVERS INC.; and CALIFORNIA SCENTS CORPORATION <br><br> Defendants, <br><br> Does 1-100 | Case No. 3:17-CV-00863 BTM (MDD) <br><br> [Hon. Barry Ted Moskowitz] <br><br> **DECLARATION OF DR. RONALD F. SÄMANN IN SUPPORT OF JULIUS SÄMANN LTD.'S MOTION TO QUASH RETURN OF SERVICE OF SUMMONS AND FOURTH AMENDED COMPLAINT FOR IMPROPER SERVICE** <br><br> Hearing Date:      June 7, 2018 <br> Hearing Time:    11:00 a.m. <br> Courtroom:         15B <br><br> **PER CHAMBERS, NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** <br><br> [Notice of Motion and Motion, and Memorandum of Points and Authorities filed concurrently] <br><br> Action Filed: April 28, 2017 <br> Trial Date: None Set |

## DECLARATION OF DR. RONALD F. SÄMANN

I, Dr. Ronald F. Sämann, declare as follows:

1.      I am President and Chief Executive Officer of Julius Sämann Ltd. ("JSL"). I submit this declaration in support of JSL's Motion to Quash Return of Service of Summons and Complaint for Improper Service. I make this declaration on personal, firsthand knowledge, unless otherwise stated on information and belief, and if called and sworn as a witness, I could and would testify competently thereto.

2.      JSL is a Bermuda company incorporated under the laws of Bermuda.

3.      I have been advised that on April 24, 2019, JSL received a U.S. priority mail package at 31 Victoria Street, Hamilton, HM10, Bermuda. I have been provided with an electronic copy of the contents of the package. The package contained the following:

- A total of ten purported "Summons" directed to the following defendants:
  - "Julius Samann Ltd." [sic] (4 summonses for 4 different addresses);
  - "Car-Freshner Co." [sic] (3 summonses for 3 different addresses); and
  - Energizer Brands II LLC (3 summonses for 3 different addresses).
- A Proof of Service date-stamped April 17, 2019 for the ten mailing addresses for the three aforementioned defendants, with attachments.

4.      The package sent to the Victoria Street address did **not** include a copy of the Fourth Amended Complaint or a copy of any other complaint filed in this action. Attached hereto as **Exhibit A** is a true and correct copy of the contents of that package in their entirety.

5.      According to one of the summonses Plaintiffs included in the package, Plaintiff also attempted to effect mail service on JSL by serving "Cowan, Liebowitz & Latman, P.C., [¶] Eric J. Shimanoff, [¶]114 West 47th Street, [¶] New York, New York 10036." Neither Eric J. Shimanoff nor anyone at the law firm of Cowan, Liebowitz & Latman, P.C., is authorized to accept service of the complaint or summons in this action on behalf of JSL.

6. According to two of the other summonses Plaintiffs included in the package, Plaintiffs also attempted to effect mail service on JSL by serving the following addresses:

> Chaneery [sic] Hall
> 52 Reid Street
> Hamilton, HM12 Bermuda

> #8 Panorama, 34 Astwood
> Paget DV04 Bermuda

7. The "Chancery Hall" address (which is misspelled "Chaneery" on the summons) is JSL's <u>former</u> business address. JSL has not done business at that address since 2009. The "Panorama" address is my <u>former</u> personal address. I have not lived at that address since 2017.

8. Neither the Chancery Hall address nor the Panorama address are valid addresses for JSL or for any authorized agent of JSL.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this <u>5</u> th day of May 2019, in Hamilton, Bermuda.

By: _____

Dr. Ronald F. Sämann

---

DECLARATIAON OF DR. RONALD F. SÄMANN ISO MOTION TO QUASH

4850-8454-2869v.2 0097958-000006

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 6, 2019, **DECLARATION OF DR. RONALD F. SÄMANN IN SUPPORT OF JULIUS SÄMANN LTD.'S MOTION TO QUASH RETURN OF SERVICE OF SUMMONS AND COMPLAINT FOR IMPROPER SERVICE** was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the CM/ECF participant(s) noted below.

KILPATRICK TOWNSEND & STOCKTON LLP
NANCY L. STAGG (CA State Bar No. 157034)
12730 High Bluff Drive
Suite 400
San Diego, CA 92130
Telephone:(858) 350-6156
Facsimile: (858) 350-6111

Email: nstagg@kilpatricktownsend.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:   /s/*Scott R. Commerson*
Scott R. Commerson

DECLARATIAON OF DR. RONALD F. SÄMANN ISO MOTION TO QUASH
4850-8454-2869v.2 0097958-000006

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# EXHIBIT A

AO 441   Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ibrahim Nasser , collectively and professionally known
as "Little Grenade"  doing business as Serious Scents

FILED

APR 17 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

*Plaintiff*

Civil Action No. 17-cv-863-BTM-MDD

**V.**

See Attachment

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Julius Samann LTd
31 Victoria Street
Hamilton, HM10 Bermuda

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ibrahim Nasser
P.O. Box 5626
Chula Vista, CA 91912
619-253-9624

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:  _____4/16/19_____



John Morrill
*CLERK OF COURT*

S/ _____
A. Smith
*Signature of Clerk or Deputy Clerk*

Civil Action No. 17-cv-863-BTM-MDD

Date Issued: 4/16/19

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

I served the summons on *(name of the individual)* Nicholas D. Hoskins , who is

designated by law to accept service of process on behalf of *(name of organization)* Julius

Jn maym LiTD on *(date)* 4-16-19 ; or

I returned the summons unexecuted because _____ ; or

Other *(specify)*:

My fees are $ 60.00 for travel and $ 25.00 for services, for a total of $ 85.00

I declare under penalty of perjury that this information is true.

Date: 4-16-19

_____
Server's Signature

Roby Lister
_____
Printed name and title

357 Roosevelt St #2 Chula Vista CA 91910
_____
Server's address

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441   Summons in a Civil Action

(Page

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

### (ATTACHMENT)

**Civil Action No.** 17-cv-00863-BTM-MD

Julius Samann LTD ; Energizer Brands II LLC , doing business as American Covers Inc., doing business as Driven by Refresh Your Car doing business as Handstands; Car Freshner Co. ; American Covers Inc. ; CAR-FRESHNER CORPORATION ; Does 1-100

AO 441    Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ibrahim Nasser , collectively and professionally known
as "Little Grenade"  doing business as Serious Scents

                                                    *Plaintiff*

**FILED**

APR 17 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Civil Action No. 17-cv-863-BTM-MDD

**V.**

See Attachment

                                                    *Defendant*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Julius Samann LTd
114 West 47th Street
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ibrahim Nasser
P.O. Box 5626
Chula Vista, CA 91912
619-253-9624

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: _____4/16/19_____



John Morrill
*CLERK OF COURT*
S/ _____
                    A. Smith
              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

(Pag

**Civil Action No.** 17-cv-863-BTM-MDD

Date Issued: _____ 4/16/19

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(I))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* ERIC J. SHIMANOFF _____, who is

designated by law to accept service of process on behalf of *(name of organization)* Julius

Summann L.T.D _____ on *(date)* 4-16-19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 60.00 for travel and $ 25.00 for services, for a total of $ 85.00 .

I declare under penalty of perjury that this information is true.

Date: 4-16-19 _____     Roby Lister _____
                                                    *Server's Signature*

                                          Roby Lister _____
                                                    *Printed name and title*

                                 354 Roosevelt St #2 chula vista CA 91910
                                                    *Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441    Summons in a Civil Action

(Pag

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

## (ATTACHMENT)

**Civil Action No.** 17-cv-00863-BTM-MD

Julius Samann LTD ; Energizer Brands II LLC , doing business as American Covers Inc., doing business as Driven by Refresh Your Car doing business as Handstands; Car Freshner Co. ; American Covers Inc. ; CAR-FRESHNER CORPORATION ; Does 1-100

AO 441   Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ibrahim Nasser , collectively and professionally known
as "Little Grenade"  doing business as Serious Scents

FILED

APR 17 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

*Plaintiff*

Civil Action No. 17-cv-863-BTM-MDD

**V.**

See Attachment

*Defendant*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Julius Sämann LTd
Chancery Hall
52 Reid Street
Hamilton , HM 12 Bermuda

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ibrahim Nasser
P.O. Box 5626
Chula Vista, CA 91912
619-253-9624

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: _____4/16/19_____



John Morrill

*CLERK OF COURT*

S/                                    A. Smith

*Signature of Clerk or Deputy Clerk*

(Page

Civil Action No. 17-cv-863-BTM-MDD

Date Issued: ___4/16/19___

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _Ronald F. Samaan_____, who is

designated by law to accept service of process on behalf of *(name of organization)* _Julius_

_Samann LiT.D_____ on *(date)* _4~16~19_; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

_____

My fees are $ ___60.00___ for travel and $ ___25.00___ for services, for a total of $ ___85.00___

I declare under penalty of perjury that this information is true.

Date: ___4~16~19___          _Roby Liston_
                              *Server's Signature*

                              _Roby Liston_
                              *Printed name and title*

                              _354 Roosevelt St #2 chula vista CA 91910_
                              *Server's address*

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 440 (Rev. 06/12) Summons in a Civil Action

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 17-cv-00863-BTM-MDD

Julius Samann LTD ; Energizer Brands II LLC , doing business as American Covers Inc., doing business as Driven by Refresh Your Car doing business as Handstands; Car Freshner Co. ; American Covers Inc. ; CAR-FRESHNER CORPORATION ; Does 1-100

AO 441     Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

APR 17 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Ibrahim Nasser , collectively and professionally known
as "Little Grenade"  doing business as Serious Scents

*Plaintiff*

**v.**

See Attachment

Civil Action No. 17-cv-863-BTM-MDD

*Defendant*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Julius Samann LTd
#8 Panorama, 34 ASTwood
PageT  DV04 Bermuda

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days
if you are the United States or a United States agency, or an office or employee of the United States described
in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a
motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the
plaintiff or plaintiff's attorney, whose name and address are:

Ibrahim Nasser
P.O. Box 5626
Chula Vista, CA 91912
619-253-9624

If you fail to respond, judgment by default will be entered against you for the relief demanded in the
complaint.  You also must file your answer or motion with the court.

Date: _____4/16/19_____



John Morrill
*CLERK OF COURT*
S/

_____A. Smith_____
*Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action

(Pa

**Civil Action No.** 17-cv-863-BTM-MDD    Date Issued: 4/16/19

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

  I left the summons at the individual's residence or place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

  I served the summons on *(name of the individual)* Ronald F. Samann _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* Julius

Samann Lt.D _____ on *(date)* 4-16-19 ; or

  I returned the summons unexecuted because _____ ; or

  Other *(specify):*


My fees are $ 60.00 for travel and $ 25.00 for services, for a total of $ 85.00 .

I declare under penalty of perjury that this information is true.

Date: 4-16-19

        *Roby Linton*
        *Server's Signature*

        Roby Lister
        *Printed name and title*

        356 Roosevelt #2 Chulavista ca 9197
        *Server's address*

<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE</u>

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 44   Summons in a Civil Action

(Page

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 17-cv-00863-BTM-MD

Julius Samann LTD ; Energizer Brands II LLC , doing business as American Covers Inc., doing business as Driven by Refresh Your Car doing business as Handstands; Car Freshner Co. ; American Covers Inc. ; CAR-FRESHNER CORPORATION ; Does 1-100

AO 441    Summons in a Civil Action

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Ibrahim Nasser , collectively and professionally known
as "Little Grenade"  doing business as Serious Scents

*Plaintiff*

**v.**

See Attachment

*Defendant*

FILED

APR 17 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

Civil Action No. 17-cv-863-BTM-MDD

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      CAR-Freshner Co.
114 West 47th Street
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ibrahim Nasser
P.O. Box 5626
Chula Vista, CA 91912
619-253-9624

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: _____4/16/19_____



John Morrill
*CLERK OF COURT*
S/ _____
A. Smith
*Signature of Clerk or Deputy Clerk*

AO 441     Summons in a Civil Action

(Pa

Civil Action No. 17-cv-863-BTM-MDD                    Date Issued: ___4/16/19___

## PROOF OF SERVICE
*(This section should **not** be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____

**was** received by me on *(date)* _____.

    I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

    I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

    I served the summons on *(name of the individual)* ERIC J. SHIMANOFF , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

COWAN LIEBOWITZ 3- LATMAN P.C.         on *(date)* 4-16-19 ; or

    I returned the summons unexecuted because _____; or

    Other *(specify):*

My fees are $ 60.00 for travel and $ 25.00 for services, for a total of $ 85.00 .

I declare under penalty of perjury that this information is true.

Date: 4-16-19                          _Robyn Lister_
                                      *Server's Signature*

                         Roby Lister
                                        *Printed name and title*

                       354 Roosevelt #2 Chula Vista CA 91910
                                        *Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441 Summons in a Civil Action

(Page

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 17-cv-00863-BTM-MD

Julius Samann LTD ; Energizer Brands II LLC , doing business as American Covers Inc., doing business as Driven by Refresh Your Car doing business as Handstands; Car Freshner Co. ; American Covers Inc. ; CAR-FRESHNER CORPORATION ; Does 1-100

AO 441    Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ibrahim Nasser , collectively and professionally known
as "Little Grenade"  doing business as Serious Scents

*Plaintiff*

**v.**

See Attachment

*Defendant*

**FILED**

APR 17 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

Civil Action No. 17-cv-863-BTM-MDD

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CAR-Freshner Co.
2120 Little Tree Drive
Watertown, NY 13601-0719

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ibrahim Nasser
P.O. Box 5626
Chula Vista, CA 91912
619-253-9624

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:       4/16/19



John Morrill
*CLERK OF COURT*
S/
                              A. Smith
*Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action

(Pa

| Civil Action No. 17-cv-863-BTM-MDD | Date Issued: | 4/16/19 |

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

    I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    I left the summons at the individual's residence or place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    I served the summons on *(name of the individual)* Elizabeth K. Tracy _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* CAR.

Frashner Co. _____ on *(date)* 4-16-19 ; or

    I returned the summons unexecuted because _____ ; or

    Other *(specify)*:


My fees are $ 60.00 for travel and $ 25.00 for services, for a total of $ 85.00 .

I declare under penalty of perjury that this information is true.

Date: 4-16-19 _____

_____
*Server's Signature*

Roby Liston
_____
*Printed name and title*

356 Roosevelt #2 chula Vista CA 91960
_____
*Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 440 (Rev. 06/12) Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 17-cv-00863-BTM-MD

Julius Samann LTD ; Energizer Brands II LLC , doing business as American Covers Inc., doing business as Driven by Refresh Your Car doing business as Handstands; Car Freshner Co. ; American Covers Inc. ; CAR-FRESHNER CORPORATION ; Does 1-100

AO 441    Summons in a Civil Action

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA APR 17 2019

Ibrahim Nasser , collectively and professionally known
as "Little Grenade"  doing business as Serious Scents

FILED

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Civil Action No. 17-cv-863-BTM-MDD

*Plaintiff*

**v.**

See Attachment

*Defendant*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    CAR-freshner Co,
1209 N. orange Street
wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ibrahim Nasser
P.O. Box 5626
Chula Vista, CA 91912
619-253-9624

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: _____4/16/19_____



John Morrill
*CLERK OF COURT*
S/ _____
A. Smith
*Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action

(Pag

**Civil Action No.** 17-cv-863-BTM-MDD                         Date Issued: _____ 4/16/19 _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* The Corporation Trust company, who is

designated by law to accept service of process on behalf of *(name of organization)* CAR

Freshner co, _____ on *(date)* 4-16-19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 60.00 for travel and $ 25.00 for services, for a total of $ 95.00.

I declare under penalty of perjury that this information is true.

Date: 4-16-19 _____                         *R Munster*
                                                          _____
                                                          *Server's Signature*

                                                          Roby Listra
                                                          _____
                                                          *Printed name and title*

                                                          356 Roosevelt #2 chula Vista CA 91910
                                                          _____
                                                          *Server's address*

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 440  Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

## (ATTACHMENT)

(Pag

**Civil Action No.** 17-cv-00863-BTM-MD

Julius Samann LTD ; Energizer Brands II LLC , doing business as American Covers Inc., doing business as Driven by Refresh Your Car doing business as Handstands; Car Freshner Co. ; American Covers Inc. ; CAR-FRESHNER CORPORATION ; Does 1-100

AO 441    Summons in a Civil Action

# United States District Court ~~FILED~~
## SOUTHERN DISTRICT OF CALIFORNIA

Ibrahim Nasser , collectively and professionally known
as "Little Grenade" doing business as Serious Scents

FILED

APR 17 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

Civil Action No. 17-cv-863-BTM-MDD

*Plaintiff*

**v.**

See Attachment

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      ENERGIZER Brands II LLc
533 Maryville university Ave
ST. Louis, MO 63141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ibrahim Nasser
P.O. Box 5626
Chula Vista, CA 91912
619-253-9624

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:      4/16/19



John Morrill
*CLERK OF COURT*
S/                 A. Smith
*Signature of Clerk or Deputy Clerk*

AO 441    Summons in a Civil Action

(Pag

**Civil Action No.** 17-cv-863-BTM-MDD          Date Issued: _____ 4/16/19

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* Energizer brands II LLC. , who is

designated by law to accept service of process on behalf of *(name of organization)* Energizer

brands II Lcc _____ on *(date)* 4-16-19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 60.00 for travel and $ 25.00 for services, for a total of $ 85.00 .

I declare under penalty of perjury that this information is true.

Date: 4-16-19 _____        _____
                                        *Server's Signature*

                                     Roby Liofm
                                     _____
                                        *Printed name and title*

                                     354 Roosevelt st #2 chula vista cm 919
                                     _____
                                        *Server's address*

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 17-cv-00863-BTM-MD

Julius Samann LTD ; Energizer Brands II LLC , doing business as American Covers Inc., doing business as Driven by Refresh Your Car doing business as Handstands; Car Freshner Co. ; American Covers Inc. ; CAR-FRESHNER CORPORATION ; Does 1-100

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

APR 17 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

Ibrahim Nasser , collectively and professionally known
as "Little Grenade"  doing business as Serious Scents

                                                        *Plaintiff*

v.

See Attachment

                                                        *Defendant*

Civil Action No. 17-cv-863-BTM-MDD

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ENERGIZER Brands II LLC
1001 West 4th Street
Winston – Salem, NC 27101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ibrahim Nasser
P.O. Box 5626
Chula Vista, CA 91912
619-253-9624

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:              4/16/19



John Morrill
*CLERK OF COURT*
S/
                    A. Smith
                    *Signature of Clerk or Deputy Clerk*

AO 440   Summons in a Civil Action

(Pa

Civil Action No. 17-cv-863-BTM-MDD

Date Issued:   4/16/19

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* Alicia Grahn Jones , who is

designated by law to accept service of process on behalf of *(name of organization)* Kilpatrick

Townsend & Stockton LLP on *(date)* 4-16-19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 60.00 for travel and $ 25.00 for services, for a total of $ 85.00 .

I declare under penalty of perjury that this information is true.

Date:  4-16-19

_____
*Server's Signature*

Roby Liston
_____
*Printed name and title*

356 Roosevelt #2 Chula Vista CA 91910
_____
*Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

### (ATTACHMENT)

Civil Action No. 17-cv-00863-BTM-M

Julius Samann LTD ; Energizer Brands II LLC , doing business as American Covers Inc., doing business as Driven by Refresh Your Car doing business as Handstands; Car Freshner Co. ; American Covers Inc. ; CAR-FRESHNER CORPORATION ; Does 1-100

AO 441    Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

APR 17 2019

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Ibrahim Nasser , collectively and professionally known
as "Little Grenade" doing business as Serious Scents

*Plaintiff*

Civil Action No. 17-cv-863-BTM-MDD

v.

See Attachment

*Defendant*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Energizer Brands II LLc
120 South central Ave
Suite 400
clayTon, Mo 63015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ibrahim Nasser
P.O. Box 5626
Chula Vista, CA 91912
619-253-9624

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____4/16/19_____



John Morrill
*CLERK OF COURT*
S/
                    A. Smith
                    *Signature of Clerk or Deputy Clerk*

AO 441   Summons in a Civil Action

(Pag

Civil Action No. 17-cv-863-BTM-MDD                     Date Issued:    4/16/19

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* CT corporation System , who is

designated by law to accept service of process on behalf of *(name of organization)* Energizer

brands II LLC                                on *(date)* 4-16-19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $  60.00  for travel and $  25.00  for services, for a total of $  85.00 .

I declare under penalty of perjury that this information is true.

Date: 4-16-19

_____
Server's Signature

Roby Liston
_____
Printed name and title

356 Roosevelt #2 chula vista ca 91910
_____
Server's address

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 440 Summons in a Civil Action

(Pag

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No. 17-cv-00863-BTM-MI

Julius Samann LTD ; Energizer Brands II LLC , doing business as American Covers Inc., doing business as Driven by Refresh Your Car doing business as Handstands; Car Freshner Co. ; American Covers Inc. ; CAR-FRESHNER CORPORATION ; Does 1-100

## PROOF OF SERVICE BY MAIL

Case No.: 3-17-CV-0863 BTM (MDD)

I ROBY LISTER Did Personally Serve the Following **Amended Complaint Damages and Declaratory and Injunctive Relief** And Summons

Dated April 16, 2019 on the below name defendant's attorney of record via US MAIL. I am not a party to this cause of action. I am over the age of 18 years and reside in Chula Vista CA.

**Served Via US Mail The Following:**

Energizer Brands II LLC.
Kilpatrick Townsend & Stockton LLP
Alicia Grahn Jones
1001 West Fourth Street
Winston-Salem, NC 27101

Energizer Brands II LLC.
C T Corporation System
120 South Central Ave. Suite 400
Clayton, Mo 63015

Energizer Brands II LLC.
533 Maryville University Dr
ST. Louis, Mo 63141

Julius Sämann Ltd.
Cowan, Liebowitz & Latman, P.C.
Eric J. Shimanoff
114 West 47th Street
New York, NY 10036

Julius Sämann Ltd.
Ronald F. Sämann
Chaneery Hall
52 Reid Street
Hamilton, HM12 Bermuda

Julius Sämann Ltd.
Nicholas J. Hoskins
31 Victoria Street
Hamilton, HM10 Bermuda

Julius Sämann Ltd.
Ronald F. Sämann
#8 Panorama, 34 Astwood
Paget DV04 Bermuda

FILED

APR 17 2019

CLERK. U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

Case No.: 3-17-CV-0863 BTM (MDD)

Car-Freshner Co.
Cowan, Liebowitz & Latman, P.C.
Eric J. Shimanoff
114 West 47th Street
New York, NY 10036

Car-Freshner Co.
Chief Executive Officer
Elizabeth K. Tracy
21205 Little Tree Drive
Watertown, NY13601-0719

Car-Freshner Co.
The Corporation Trust Company
1209 N. Orange Street
Wilmington, DE 19801

I Roby Lister personally placed such envelope(s) with postage by Us Mail first class mailed to the above attorney's offices and I did cause all other defendants to be served via US. Mail with the response of the Plaintiff as defined herein. I swear and affirm that the foregoing is true and correct under the laws of the United States of America.

On April 16, 2019

ROBY LISTER
356 Roosevelt St.
Chula Vista, CA 91910
619-253-9624

Case No.: 3-17-CV-0863 BTM (MDD)

PROOF OF SERVICE

FILED

APR 1 7 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY



Case No.: 3-17-CV-0863 BTM (MDD)

PROOF OF SERVICE

FILED

APR 17 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY





UNITED STATES
POSTAL SERVICE®

### USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all SHADED fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

EH010006847US

PS Form 2976-R, April 2016   PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

4 – Sender's Copy

Case No.: 3-17-CV-0863 BTM (MDD)

PROOF OF SERVICE

FILED

APR 1 7 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY



**UNITED STATES POSTAL SERVICE** 

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

EH010007017US

Case No.: 3-17-CV-0863 BTM (MDD)

PROOF OF SERVICE

FILED

APR 17 2019

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY



UNITED STATES
POSTAL SERVICE®

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for
This form may be used for domestic and international mail.

From: IBRAHIM NASSER
SERIOUS SCENTS
P. O. Box 5696
chula vista, CA 91912

To: ENERGIZER Brands II LL
533 Maryville University
St. Louis, MO 6314

U.S. POSTAGE PAID
CHULA VISTA, CA
91910
APR 16, 19
AMOUNT
$1.45
R2304M1148622-21

PS Form 3817, April 2007 PSN 7530-02-000-9065

Case No.: 3-17-CV-0863 BTM (MDD)

PROOF OF SERVICE

FILED

APR 17 2019

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY



Case No.: 3-17-CV-0863 BTM (MDD)

PROOF OF SERVICE

FILED

APR 1 7 2019

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY



U.S. POSTAGE PAID
CHULA VISTA, CA
91910
APR 16, 19
AMOUNT
**$1.45**
R2304M114852-21

UNITED STATES
POSTAL SERVICE®

This Certificate of Mailing provides evidence that mail has been presented to USPS® for
This form may be used for domestic and international mail.

**Certificate Of Mailing**

From: IBRAHIM NASSAR
SERIOUS SCENTS
P.O. Box   5676
chula vista, cA 91912

To: CAR Freshner/ co - Elizabeth K. Tracy
chief Executive officer
21205 Little Tree Drive
Watertown, NY 13601-0719

Postmark Here

PS Form **3817**, April 2007 PSN 7530-02-000-9085

Case No.: 3-17-CV-0863 BTM (MDD)

PROOF OF SERVICE

FILED

APR 17 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

U.S. POSTAGE PAID
CHULA VISTA, CA
91910
APR 16, 19
AMOUNT
$1.45
R2304M114882-21

**UNITED STATES**
**POSTAL SERVICE®**                **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: IBRAHiM NASSER
PERIOUS SCents
P.O.Box 5656
Chula ViSta, CA 91912

To: CAR-Freshner co
the corporation Trust Company
1209 N. ORange Street
WilmingTon, DE 19801

PS Form **3817**, April 2007  PSN 7530-02-000-9065

CHULA VISTA
APR 16 2019
CHULA VISTA, CA

Case No.: 3-17-CV-0863 BTM (MDD)

PROOF OF SERVICE

FILED

APR 1 7 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY



Case No.: 3-17-CV-0863 BTM (MDD)

PROOF OF SERVICE

FILED

APR 17 2019

CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

**UNITED STATES POSTAL SERVICE®**

Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing
This form may be used for domestic and international mail.

From: IBRAHIM NASSER
SERIous scents
P.o Box 5626
chula vista, cA 91912

To: ENERGIZER Brands ll LLc
CT corporation System
120 South central AvE suite 400
clayTon, MO 63015

PS Form **3817**, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
CHULA VISTA, CA
APR 16 19
AMOUNT
$1.45
R2304M114852-21

CHULA
APR
16
2019
CHULA VISTA, CA 91910

Case No.: 3-17-CV-0863 BTM (MDD)

PROOF OF SERVICE

FILED

APR 17 2019

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY



## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On May 6, 2019, I served the foregoing document(s) described as: **DECLARATION OF DR. RONALD F. SÄMANN IN SUPPORT OF JULIUS SÄMANN LTD.'S MOTION TO QUASH RETURN OF SERVICE OF SUMMONS AND COMPLAINT FOR IMPROPER SERVICE** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| Plaintiff Ibrahim Nasser | Plaintiff Serious Scents |
| Pro Se | Pro Se |
| Ibrahim Nasser | Serious Scents |
| P.O. Box 5626 | P. O. Box 5626 |
| Chula Vista, CA 91912 | Chula Vista, CA 91912 |

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on May 6, 2019, at Los Angeles, California.

☑   Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| | |
|---|---|
| Scott R. Commerson | /s/ Scott R. Commerson |
| Print Name | Signature |

DECLARATIAON OF DR. RONALD F. SÄMANN ISO MOTION TO QUASH
4850-8454-2869v.2 0097958-000006

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899