AO 441    Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAY 0 6 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Ibrahim Nasser , collectively and professionally known
as "Little Grenade"  doing business as Serious Scents

Civil Action No.  17-cv-863-BTM-MDD

*Plaintiff*

**V.**

See Attachment

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   AMERICAN covers iNC
1108  E south union AVE
Midvale,  UT  84047

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days
if you are the United States or a United States agency, or an office or employee of the United States described
in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a
motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the
plaintiff or plaintiff's attorney, whose name and address are:

Ibrahim Nasser
P.O. Box 5626
Chula Vista, CA 91912
619-253-9624

If you fail to respond, judgment by default will be entered against you for the relief demanded in the
complaint.  You also must file your answer or motion with the court.

Date: _____4/16/19_____

John Morrill
*CLERK OF COURT*
S/
_____ A. Smith
*Signature of Clerk or Deputy Clerk*

(Page 2)

Civil Action No. 17-cv-863-BTM-MDD                    Date Issued:    4/16/19

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _C T Corporation System_____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_American Covers LLC_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _

My fees are $ _60.00___ for travel and $ _25.00___ for services, for a total of $ _85 00_.

I declare under penalty of perjury that this information is true.

Date: _5-4-19__                         _Roda Lister_____
                                              *Server's Signature*

                                              Roby Lister
                                         _____
                                              *Printed name and title*

                                         352 Roosevelt st #2 Chula Vista CA 91910
                                         _____
                                              *Server's address*

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S.
MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR
ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL
JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY
VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL
PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED
BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN
ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441     Summons in a Civil Action

(Page 3)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

### (ATTACHMENT)

Civil Action No. 17-cv-00863-BTM-MDD

Julius Samann LTD ; Energizer Brands II LLC , doing business as American Covers Inc., doing business as Driven by Refresh Your Car doing business as Handstands; Car Freshner Co. ; American Covers Inc. ; CAR-FRESHNER CORPORATION ; Does 1-100

Case No.: 3-17-CV-0863 BTM (MDD)

```
=====================================
              CHULA VISTA
              750 3RD AVE
              CHULA VISTA
                  CA
               91910-9998
               0515540910
05/04/2019    (800)275-8777  1:32 PM
=====================================
=====================================
Product              Sale      Final
Description          Qty       Price

First-Class            1       $2.80
Mail
Large Envelope
   (Domestic)
   (SAINT LOUIS, MO  63141)
   (Weight:0 Lb 12.50 Oz)
   (Estimated Delivery Date)
   (Tuesday 05/07/2019)
First-Class            1       $2.80
Mail
Large Envelope
   (Domestic)
   (MIDVALE, UT  84047)
   (Weight:0 Lb 12.40 Oz)
   (Estimated Delivery Date)
   (Tuesday 05/07/2019)

Total                          $5.60

Cash                          $20.00
Change                       ($14.40)

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

          Preview your Mail
         Track your Packages
         Sign up for FREE @
       www.informeddelivery.com
```

PROOF OF SERVICE BY MAIL

Case No.: 3-17-CV-0863 BTM (MDD)

I ROBY LISTER Did Personally Serve the Following **Amended Complaint Damages and Declaratory and Injunctive Relief**

Dated May 04, 2019 on the below name defendant's attorney of record via US MAIL. I am not a party to this cause of action. I am over the age of 18 years and reside in Chula Vista CA.

**Served Via US Mail The Following:**

California Scents Co.
CT Corporation System
533 Maryville University Dr
ST. Louis, Mo 63141

American Covers, INC.,
C T Corporation System
1108 E South Union Ave.
Midvale, UT 84047

I Roby Lister personally placed such envelope(s) with postage by Us Mail first class mailed to the above attorney's offices and I did cause all other defendants to be served via US. Mail with the response of the Plaintiff as defined herein. I swear and affirm that the foregoing is true and correct under the laws of the United States of America.

On May 04, 2019

ROBY LISTER
356 Roosevelt St.
Chula Vista, CA 91910
619-253-9624