# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ibrahim Nasser, collectively and professionally known as "Little Grenade" doing business as Serious Scents

*Plaintiff*

V.

See Attachment

*Defendant*

Civil Action No. 17-cv-863-BTM-MDD

FILED
MAY 06 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

California Scents Co.
533 Maryville University Dr.
St. Louis, MO 63141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ibrahim Nasser
P.O. Box 5626
Chula Vista, CA 91912
619-253-9624

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/16/19

John Morrill
*CLERK OF COURT*

S/ A. Smith
*Signature of Clerk or Deputy Clerk*

**Civil Action No.** 17-cv-863-BTM-MDD        Date Issued: 4/16/19

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* CT Corporation System, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
California Scents LLC on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ 60.00 for travel and $ 25.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date: 5-4-19        *Rob Lister*
                    *Server's Signature*

                    Roby Lister
                    *Printed name and title*

                    355 Roosevelt Chula Vista CA 91910
                    *Server's address*

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No. 17-cv-00863-BTM-MD

Julius Samann LTD ; Energizer Brands II LLC , doing business as American Covers Inc., doing business as Driven by Refresh Your Car doing business as Handstands; Car Freshner Co. ; American Covers Inc. ; CAR-FRESHNER CORPORATION ; Does 1-100

Case No.: 3-17-CV-0863 BTM (MDD)

```
=====================================
            CHULA VISTA
            750 3RD AVE
            CHULA VISTA
                 CA
             91910-9998
             0515540910
05/04/2019     (800)275-8777   1:32 PM
=====================================
=====================================
Product                Sale       Final
Description            Qty        Price

First-Class              1         $2.80
Mail
Large Envelope
    (Domestic)
    (SAINT LOUIS, MO  63141)
    (Weight:0 Lb 12.50 Oz)
    (Estimated Delivery Date)
    (Tuesday 05/07/2019)
First-Class              1         $2.80
Mail
Large Envelope
    (Domestic)
    (MIDVALE, UT  84047)
    (Weight:0 Lb 12.40 Oz)
    (Estimated Delivery Date)
    (Tuesday 05/07/2019)

Total                              $5.60

Cash                              $20.00
Change                          ($14.40)
```

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

## PROOF OF SERVICE BY MAIL

Case No.: 3-17-CV-0863 BTM (MDD)

I ROBY LISTER Did Personally Serve the Following **Amended Complaint Damages and Declaratory and Injunctive Relief**

Dated May 04, 2019 on the below name defendant's attorney of record via US MAIL. I am not a party to this cause of action. I am over the age of 18 years and reside in Chula Vista CA.

**Served Via US Mail The Following:**

California Scents CO.
CT Corporation System
533 Maryville University Dr
ST. Louis, Mo 63141

American Covers, INC.
C T Corporation System
1108 E South Union Ave.
Midvale, UT 84047

I Roby Lister personally placed such envelope(s) with postage by Us Mail first class mailed to the above attorney's offices and I did cause all other defendants to be served via US. Mail with the response of the Plaintiff as defined herein. I swear and affirm that the foregoing is true and correct under the laws of the United States of America.

On May 04, 2019

*Roby Lister*
_____
ROBY LISTER
356 Roosevelt St.
Chula Vista, CA 91910
619-253-9624

1