UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM NASSER, an individual; and SERIOUS SCENTS,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>JULIUS SAMANN LTD; CAR FRESHNER CO; ENERGIZER BRANDS II LLC; AMERICAN COVERS INC.; and DOES 1-100<br><br>　　　　　　　　　Defendants. | Case No.: 17-cv-863-BTM-MDD<br><br>**ORDER DISMISSING SERIOUS SCENTS AS A NAMED PLAINTIFF**<br><br>**[ECF No. 97, 110, 114]** |

The Court ordered Plaintiffs Ibrahim Nasser, an individual, and Serious Scents, a corporation, to show cause as to why Serious Scents should not be dismissed as a Plaintiff. (ECF No. 97). Plaintiff Nasser responded, asserting that the suit concerns conduct that occurred prior to Serious Scent's dissolution and thus Serious Scents should remain a named Plaintiff. (ECF No. 110). Nasser also contends that because Serious Scents is unable to afford an attorney due to the "costly onslaught of . . . litigation" concerning the same

1

parties and issues, this too weighs against dismissing Serious Scents as a Plaintiff. (ECF No. 110 ¶¶ 6, 9).

Notwithstanding these arguments, and as Car-Freshner notes in its briefing on the issue, Plaintiff Nasser failed to address the Court's concerns about Serious Scent's appearing pro se as a corporation. (ECF No. 97 (ordering Nasser to "show cause … why Serious Scents should not be dismissed because it is not represented by an attorney…."); ECF No. 114 at 4). Corporations, whether dissolved or not, cannot appear pro se. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries … that a corporation may appear in the federal courts only through licensed counsel."); *D-Bean Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004) ("It is a longstanding rule that corporations and other unincorporated associations must appear in court through an attorney.") (internal quotations and alterations omitted); *Chanel, Inc. v. Pishon Trading, Inc.*, No. 11-cv-10281-MWF-CWX, 2013 WL 12123991, at *2 (C.D. Cal. Mar. 12, 2013) (quoting *Zen Corp. v. New W. Bus. Dev.*, No. 03-cv-8837ABC-CTX, 2004 WL 1055279, at *1 (C.D. Cal. May 5, 2004) ("Although the Ninth Circuit has not addressed the issue of whether a dissolved corporation may be represented by one of its former directors and shareholders appearing *pro se,* courts in other circuits have concluded that such representation is not appropriate."). Because Serious Scents, a corporation, cannot proceed pro se, Serious Scents is dismissed as a Plaintiff on this ground. This dismissal is without prejudice.

IT IS SO ORDERED.

Dated: June 18, 2019

Honorable Barry Ted Moskowitz
United States District Judge