NUNC PRO TUNC
Jul 8, 2019

IBRAHIM NASSER
P.O. Box 5626
CHULA VISTA, CA 91912

Plaintiff In *Propria Persona*

FILED
Jul 17 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ stevem   DEPUTY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM NASSER d/b/a SERIOUS SCENTS (collectively and professionally known as "LITTLE GRENADE")<br><br>Plaintiff,<br><br>Vs.<br><br>JULIUS SÄMANN, LTD; CAR FRESHNER CO.; ENERGIZER BRANDS II LLC; AMERICAN COVERS INC., and CALIFORNIA SCENTS CORPORATION (collectively, "Defendants"), alleges as follows:<br><br>Defendants,<br>Does 1-100 | Case No.: 3:17-cv-863-BTM (MDD)<br><br>[Hon. Barry Ted Moskowitz]<br><br>**PLAINTIFFS SUPPMENTAL RESPONSE TO THE APPEARING DEFENDANT JULIUS SAMANN LTD.' MOTION TO QUASH RETURN OF SERVICE OF SUMMONS**<br><br>[Fed. R. Civ. P. 12(b) (6)]<br><br>Hearing Date:    June 7, 2019<br>Hearing Time:    11:00 a.m.<br>Courtroom:       15B<br><br>PER CHAMBERS RULES, NO ORALARGUMENT UNLESS REQUESTED BY THE COURTACTION<br><br>Filed: April 28,2017<br>Trial Date: None Set |

1 PLAINTIFFS SUPPMENTAL RESPONSE TO THE APPEARING DEFENDANT JULIUS SAMANN LTD.' MOTION TO QUASH RETURN OF SERVICE OF SUMMONS

I.  **SUPPMENTAL PLEADING**

JULIUS SÄMANN, LTD; CAR FRESHNER CO. Defendants have made it a high legal art of dodging service of process. These Defendants work Under The Misconception that they can be major legal trolls in the car air freshener products market while living off shore and hiding under non-reporting LLC, Corp of this country and the British Protectorate of Bermuda.

Once again the tardiness of this supplemental pleading is the result of the lack of legal resources and this federal statue just discovered puts to rest the ongoing legal debate that this court has no subject matter jurisdiction because of lack of service.

RCFC Rule 5

Rule 5. Serving and Filing Pleadings and Other Papers

Correctness

(a) Service: When Required.

(1) In General. Unless these rules provide otherwise, each of the following papers must be served on every party:

(A) an order stating that service is required;

(B) a pleading filed after the original complaint;

(C) a discovery paper required to be served on a party, unless the court orders otherwise;

(D) a written motion, except one that may be heard ex parte; and

(E) a written notice, appearance, demand, or offer of judgment, or any similar paper.

(2) If a Party Fails to Appear. No service is required on a party who is in default for failing to appear. But a pleading that asserts a new claim for relief against such

a party must be served on that party under RCFC 4.

(3) Seizing Property. [Not used.]

(b) Service: How Made.

(1) Serving an Attorney. If a party is represented by an attorney, service under this rule must be made on the attorney unless the court orders service on the party.

(2) Service in General. A paper is served under this rule by:

(A) Handing it to the person;

(B) Leaving it:

(i) at the person's office with a clerk or other person in charge or, if no one is in charge, in a conspicuous place in the office; or

(ii) if the person has no office or the office is closed, at the person's dwelling or usual place of abode with someone of suitable age and discretion who resides there;

## II. PRAYER

The defendant's motion to quash the summons and service should be denied.

The plaintiff asked for any and all other relief that the court may find fitting and proper.

The plaintiffs' request statement decision facts findings and conclusions of law in the happy event at the court, does not grant the plaintiffs request. This is necessary as a protection of the plaintiffs' rights appeal.

## III. VERIFICATION OF PLEADING

The plaintiff swears the firms of foregoing is true and correct under penalty of perjury in the laws of the state of California and the federal laws of the of United States of America. Dated, July 8, 2019. Plaintiff swears and affirms that the foregoing is true and correct under the penalty of perjury of the laws of the United States of America.

Dated, July 8, 2019

Respectfully submitted,
Ibrahim Nasser

_____
IBRAHIM NASSER
    Plaintiff In Propria Persona

4 PLAINTIFFS SUPPMENTAL RESPONSE TO THE APPEARING DEFENDANT JULIUS SAMANN LTD.' MOTION TO QUASH RETURN OF SERVICE OF SUMMONS

## TABLE OF CONTENTS

Page

I. SUPPMENTAL PLEADING……………………..………......................1

II. PRAYER……………………………………………………………....2

III. VERIFICATION OF PLEADING……………………………………...3

5 PLAINTIFFS SUPPMENTAL RESPONSE TO THE APPEARING DEFENDANT JULIUS SAMANN LTD.' MOTION TO QUASH RETURN OF SERVICE OF SUMMONS

<u>PROOF OF SERVICE BY MAIL</u>

Case No.: 3-17-CV-0863 BTM (MDD)

I ROBY LISTER Did Personally Serve the Following **PLAINTIFFS SUPPMENTAL RESPONSE TO THE APPEARING DEFENDANT JULIUS SAMANN LTD.' MOTION TO QUASH RETURN OF SERVICE OF SUMMONS**

Dated July 8, 2019 on the below name defendant's attorney of record via US MAIL. I am not a party to this cause of action. I am over the age of 18 years and reside in Chula Vista CA.

**Served Via US Mail The Following:**

Kilpatrick Townsend & Stockton LLP
Energizer Brands II LLC.
Nancy L. Stagg / William M. Bryner
12255 El Camino Real, Suite 250
San Diego, CA 92130

Kilpatrick Townsend & Stockton LLP
California Scents LLC.
Nancy L. Stagg / William M. Bryner
12255 El Camino Real, Suite 250
San Diego, CA 92130

Kilpatrick Townsend & Stockton LLP
American Covers LLC.
Nancy L. Stagg / William M. Bryner
12255 El Camino Real, Suite 250
San Diego, CA 92130

Julius Sämann Ltd.
Cowan, Liebowitz & Latman, P.C.
Eric J. Shimanoff
114 West 47th Street
New York, NY 10036

Davis Wright Termaine LLP
Julius Sämann Ltd.
Attorney Scott R. Commerson
865 South Figueroa St. Suite 2400
Los Angeles, CA 90017-2566

1

Case No.: 3-17-CV-0863 BTM (MDD)

Davis Wright Termaine LLP
Car-Freshner Co.
Attorney Scott R. Commerson
865 South Figueroa St. Suite 2400
Los Angeles, CA 90017-2566


I Roby Lister personally placed such envelope(s) with postage by Us Mail first class mailed to the above attorney's offices and I did cause all other defendants to be served via US. Mail with the response of the Plaintiff as defined herein. I swear and affirm that the foregoing is true and correct under the laws of the United States of America.

On July 8, 2019

Respectfully submitted,
Roby Lister

ROBY LISTER
356 Roosevelt St.
Chula Vista, CA 91910
619-253-9624

2