# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Barry Ted Moskowitz

| FROM: J. Rinehart, Deputy Clerk | RECEIVED DATE: January 8, 2020 |
|---|---|
| CASE NO. 17-cv-00863-BTM-MDD | DOC FILED BY: Ibrahim Nasser |
| CASE TITLE: Nasser et al v. Julius Samann LTD et al | |
| DOCUMENT ENTITLED: Plaintiff's Request Permission of Court Leave Amend as Defined Application of Federal Rule 15 | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

Date Forwarded:  **January 9, 2020**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: February 6, 2020          CHAMBERS OF: The Honorable Barry Ted Moskowitz

cc: All Parties                  By: *[signed] Barry Ted Moskowitz*